■ In the Matter of PEDRO GOTAY.— Motion for reinstatement to the Bar denied. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.